JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDREW W., an individual, | Case No. 2:23-06488-ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further proceedings.

DATED: August 22, 2024        /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge